**IN THE UNITED STATES DISTRICT COURT**
**FOR THE ~~MIDDLE~~ DISTRICT OF ALABAMA**
MIDDLE

RECEIVED

2005 MAR 31 PM 3: 28

CV-05-HGD-0687-M

U.S. DISTRICT COURT
N.D. OF ALABAMA

2005 JUN -6  A 10: 08

Inmate Identification Number: _227301_

NOTICE TO FILING PARTY

It is your responsibility to
notify the clerk in writing
of any address change.
Failure to notify the clerk
may result in dismissal
of your case
without further notice.

MR. REGINALD A. OWENS
(Enter above the full name(s) of the plaintiff(s)
in this action)

vs.

WARDEN JAMES DELOACH;
SERGEANT WILLIAM MILLER;
CORRECTION OFFICER PAUL SANDERS

2:05CV538-F

(Enter above full name(s) of the defendant(s)
in this action)

I.    **Previous lawsuits**

    A.    Have you begun other lawsuits in state or federal court(s) dealing with the same facts involved in this action or otherwise relating to your imprisonment?
        Yes ( —— )        No  ( )

    B.    If your answer to (A) is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuit(s) on another piece of paper, using the same outline.)

        1.    Parties to this previous lawsuit:

        Plaintiff(s):    MR. REGINALD A. OWENS

        Defendant(s):    WARDEN JAMES DELOACH; SGT.
WILLIAM MILLER; C/O-PAUL SANDERS;
C/O-MICHAEL SHUFORD; C/O-KEVIN RUDOLPH;
C/O-LARRY PHIYAW

2. Court (if Federal ~~rt~~, name the district; if State Court, ~~e~~ the county)

IN THE UNITED STATES DISTRICT COURT, NOTHERN DISTRICT OF ALABAMA SOUTHERN DIVISION

3. Docket number   CASE # 2:05-CV-00170-WMA-HGD

4. Name of judge to whom case was assigned
WILLIAM M. ACKER, JR.

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?)   STILL PENDING - JUST GOT TRANSFERRED
TO THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT

6. Approximate date of filing lawsuit  01-11-05, UNITED STATES
DISTRICT COURT, NORTHERN DISTRICT OF ALABAMA

7. Approximate date of disposition   N/A

II. Place of present confinement   DRAPER CORRECTIONAL CENTER

A. Is there a prisoner grievance procedure in this institution?
Yes   (   )              No   (←——)

B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?
Yes   (   )              No   (←——)

C. If your answer is YES:

1. What steps did you take? _____

_____

2. What was the result? _____

_____

D. If your answer is NO, explain why not?   THERE IS NO
GRIEVANCE SYSTEM

_____

_____

2

I.  **Parties**
In item (A) below, place your name(s) in the first blank and place your present address in the second blank.  Do the same for additional plaintiffs, if any.

A.    Name of plaintiff(s)  REGINALD A OWENS

A.I.S # 227301

Address  DRAPER C.C. - P.O. BOX 1107

ELMORE, ALABAMA 36025

In item (B) below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank.  Use item (C) for the names, positions, and places of employment of any additional defendants.

B.    Defendant  PAUL SANDERS

is employed as  CORRECTION OFFICER

at  DRAPER CORRECTIONAL CENTER

C.    Additional Defendants  WARDEN JAMES DELOACH,

SERGEANT WILLIAM MILLER

V.  **Statement of Claim**   RETALIATION
State here, as briefly as possible, the FACTS of your case.  Describe how each defendant is involved.
Include also the names of other persons involved, dates and places.  Do not give any legal arguments
or cite any cases or statutes.  If you intend to allege a number of related claims, number and set forth
each claim in a separate paragraph.  Use as much space as you need.  Attach extra sheets, if necessary.

ON 10-30-04, I WAS ASSAULTED BY OFFICERS STATED

ON PAGE #(1) SECTION(B-1) I FILED LITIGATION

ON 01-11-05, TO UNITED STATES DISTRICT COURT (NORTHERN

DISTRICT) ON FEBRUARY 14, 2005, THE MAGISTRATE JUDGE

3

FILED A REPORT AND RECOMMENDATION RECOMMENDING THAT THIS ACTION BE TRANSFERRED TO THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA, AND GAVE WARDEN DELOACH (14) DAYS TO RESPOND, SAYING WHY NOT. EXACTLY ONE MONTH AND ONE DAY, THE PLAINTIFF, REGINALD OWENS WAS
SEE ATTACHED (PAGE 5)

*V.* **RELIEF**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

(DELETE)
TO MAKE THE WARDEN DELOACH **OMIT** THOSE (3) BOGUS DISCIPLINARY REPORTS FROM THE PLAINTIFF INMATE FILES, AND PLACED THE INMATE BACK TO LEVEL CUSTODY (4), AND TRANSFER THE PLAINTIFF TO ANOTHER LEVEL (4) PRISON FACILITY.

*I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___03/28/05___

*Reginald Owens*

_____

_____

_____

_____

Signature(s)

4

RETALIATED ON BY OFFICER PAUL SANDERS ON
THE 15TH DAY OF MARCH 2005. THE INMATE WAS
~~LATER~~ PLACED IN THE SEGREGATION UNIT AND
LATER SERVED (3) DISCIPLINARY REPORTS. ① (2)
DISCIPLINARY REPORTS WAS SERVED TO THE
PLAINTIFF ON MARCH 17, 2005 BY MICHAEL
SHUFORD (C/O) THE DISCIPLINARY REPORTS WAS

#1. FAILURE TO OBEY A DIRECT ORDER
#2. THREATS

☆ - THE OFFICER SHUFORD IS A OFFICER, OF
WHICH I HAVE LITIGATION PENDING AGAINST.

② ON THE 20TH OF MARCH 2005, THE PLAINTIFF
WAS SERVED A (3rd) DISCIPLINARY REPORT

#3. INSUBORDINATION BY C/O LARRY
PHILYAW

☆ - THE OFFICER PHILYAW IS ANOTHER
OFFICER OF WHICH I HAVE LITIGATION PENDING.

③. ON THE 24TH OF MARCH 2005, THE PLAINTIFF
WAS HELD A HEARING ON ALL (3) DISCIPLINARY
REPORTS AND FOUND GUILTY, BY SERGEANT
MILLER, OF WHICH SERGEANT MILLER THREATENED
THE PLAINTIFF BY SAYING... HE WOULD GET THE
PLAINTIFF SHIPPED AND KILLED —— HE WOULD PLACE
A FLAG IN THE PLAINTIFF FILES, WHERE HE'LL
NEVER BE ABLE TO MAKE PAROLE. SGT. MILLER
FOUND THE PLAINTIFF GUILTY ON ALL CHARGES
AN SENTENCED THE PLAINTIFF TO 45 DAYS TIMES
THREE. AND 45 DAY LOSS OF PRIVILEGE (NO STORE OR
VISIT) TIMES THREE, AND THE INMATE WAS
RECOMMENDED TO CENTRAL RECORDS BY SGT.

MILLER FOR MY SECURITY AND CUSTODY CHANGE.

★ - SERGEANT MILLER, IS ALSO A PERSON WHO I HAVE LITIGATION AGAINST.

THE OFFICERS ARE RE-TALIATING, AND AT THE SAME TIME THREATENING MY FURTHER RELEASE FAR AS SOCIETY IS CONCERNED!

RESPECTFULLY SUBMITTED,

Reginald Owens

Sorry, If I am interveneing in your positive doing, but it's hard for me to get the address to the middle district, considering that I have been placed in the Draper Segregation Unit.

I need to talk to the U.S. marshal these people may kill me! PLEASE DO NOT OVERLOOK