FOR USE BY INCARCERATED PERSONS

2:05CV538 RECEIVED

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA

CV-05-HGD-0687

## APPLICATION TO PROCEED *IN FORMA PAUPERIS*

Declaring that the personal and financial information I have given below is true and correct, I apply to this Court for authority to proceed with this case without prepayment of fees, costs, or security.

1. Your full name: **Reginald A. Owens**

   Present mailing address: **DRAPER CC - P.O. BOX 1107 ELMORE, AL 36025**

2. Are you presently employed?        Yes ___ No ✓

   If the answer is "yes," give the name and address of your employer and the amount of your usual monthly salary or wages.

   _____

   _____

   Monthly earnings: _____

   If the answer is "no," give the name and address of your last employer, when you last worked, and the amount of the monthly salary or wages you were receiving.

   _____

   _____

   Date last worked: _____

   Monthly earnings: _____

3. Have you received within the past twelve months any money from any of the following sources?

   (a) Business, profession, or any form of self-employment?    Yes ___ No ✓

   (b) Interest, dividends, rents, or investment income of any kind?    Yes ___ No ✓

1

(c) Pensions, annuities, or life insurance payments?   Yes _____ No __✓__

(d) Gifts or inheritances?   Yes _____ No __✓__

(e) Any other sources?   Yes _____ No __✓__

If the answer to any of the above is "yes," describe each source of money and state the amount received from each during the past twelve months.

_____

_____

_____

4. How much money do you own or have in any checking or saving accounts, including your prison or jail account? $ _____

5. Do you own any real estate, stocks, bonds, notes, automobiles, boats, or other valuable property (excluding ordinary household items and clothing)?   Yes _____ No __✓__

If the answer is "yes," describe the property and state its approximate value:

_____

_____

_____

6. List the persons who are dependent upon you for support, stating your relationship to them and how much you contribute toward their support.

THE INMATE IS CURRENTLY INCARCE-
RATED

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

Dated: 03/28/05

Reginald Owens
SIGNATURE OF PLAINTIFF

2

## INFORMATION REGARDING PRISONER ACCOUNTS

The Prison Litigation Reform Act, Pub. L. No. 104-134, §804, requires a prisoner seeking to proceed *in forma pauperis* to submit information regarding his prison or jail trust account for the six months preceding the filing of the complaint. This information must be obtained from the appropriate official of each prison or institution at which the prisoner is or was confined within the past six months. This information **must** be certified by prison or jail personnel and **must** include **both** the total deposits made to the prisoner's account each and every month for the preceding six months **and** the average monthly balance in the account each and every month during the preceding six months. Information for six **full** months must be provided.

### CERTIFICATION

I hereby certify that prisoner Reginald Owens #227301 has been incarcerated in this institution since June 23, 2003, and that he has the sum of $.08 in his prison or jail trust account on this the 29th day of March, 2005. I further certify that the information provided below is true and correct.

| | Month/Year | Total Deposits Received | Average Account Balance |
|---|---|---|---|
| Month 1 | Oct/04 | $ 0 | $ 4.43 |
| Month 2 | Nov/04 | $ 0 | $ .08 |
| Month 3 | Dec/04 | $ 30.69 | $ 6.75 |
| Month 4 | Jan/05 | $ 75.00 | $ 7.91 |
| Month 5 | Feb/05 | $ 100.00 | $ 19.51 |
| Month 6 | March/05 | $ 50.00 | $ 19.51 |
| Current month (if less than full month) | | $ | $ |

F. S. Brown Acct Clerk
Signature of Authorized Officer of Institution

Draper Corr. Fac.
Name of Institution

STATE OF ALABAMA
DEPARTMENT OF CORRECTIONS
DRAPER CORRECTIONAL FACILITY

AIS #: 227301   NAME: OWENS, REGINALD   AS OF: 03/25/2005

| MONTH | # OF DAYS | AVG DAILY BALANCE | MONTHLY DEPOSITS |
|---|---|---|---|
| MAR | 6  | $150.26 | $0.00   |
| APR | 30 | $25.21  | $205.00 |
| MAY | 31 | $79.78  | $40.00  |
| JUN | 30 | $95.26  | $0.00   |
| JUL | 31 | $94.09  | $0.00   |
| AUG | 31 | $39.22  | $0.00   |
| SEP | 30 | $18.69  | $30.00  |
| OCT | 31 | $4.43   | $0.00   |
| NOV | 30 | $0.08   | $0.00   |
| DEC | 31 | $6.75   | $30.00  |
| JAN | 31 | $7.91   | $75.00  |
| FEB | 28 | $19.51  | $100.00 |
| MAR | 25 | $19.42  | $50.00  |