FILED
2005 May-25 PM 04:32
U.S. DISTRICT COURT
N.D. OF ALABAMA

RECEIVED
2005 JUN -6 A 10: 08

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |
|---|---|
| REGINALD A. OWENS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 4:05-cv-00687-UWC-HGD |
| | ) |
| WARDEN JAMES DELOACH, | ) 2:05CV538-F |
| et al. | ) |
| | ) |
| Defendants. | ) |

## ORDER

The magistrate judge filed a report and recommendation on April 21, 2005, recommending that this action be transferred to the United States District Court for the Middle District of Alabama. No response had been filed by any party.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and the magistrate judge's recommendation is ACCEPTED. It is therefore ORDERED that this case be TRANSFERRED to the United States District Court for the Middle District of

Alabama for further proceedings.

Done this 25th day of May, 2005.

A TRUE COPY
PERRY D. MATHIS, CLERK
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
BY: /s/ [signature]
       DEPUTY CLERK

_____
U.W. Clemon
Chief United States District Judge