07/25/05

To whom it may concern,

My name is Reginald Owens, I'm writing to inform you that my address has changed to the address listed...

Reginald Owens
#227301
W.E.D.-CF
100 Warrior Lane
Bessemer, AL 35023

2:05cv538-F

Respectfully,
Reginald Owens

RECEIVED
2005 AUG -1 A 9:19
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA