IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| REGINALD A. OWENS, #227301 ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. 2:05-CV-538-F |
| ) | |
| JAMES DELOACH, et al., ) | |
| ) | |
| Defendants. ) | |

**MOTION FOR EXTENSION OF TIME**

Come now the Defendants, by and through undersigned counsel in the above-styled cause, and file this request for a fifteen (15) day extension of time in which to file their Answer and Written Report stating as follows:

1. Undersigned counsel has not received required affidavits necessary to comply with this Court's Order dated June 21, 2005, directing Defendants to file a written report. We are working diligently toward gathering aforementioned affidavits.

2. An extension of fifteen (15) days would not unduly prejudice the Plaintiff.

WHEREFORE the Defendants request an extension of fifteen (15) days in order to furnish this Honorable Court the aforementioned written report.

Respectfully submitted this 4th day of August, 2005.

KIM T. THOMAS (THO115)
DEPUTY ATTORNEY GENERAL

_[signature]_
ANDREW W. REDD (RED001)
ASSISTANT GENERAL COUNSEL
ASSISTANT ATTORNEY GENERAL


**ADDRESS OF COUNSEL:**
Alabama Department of Corrections
Legal Division
P.O. Box 301501
Montgomery, Alabama 36130
(334) 353-3883

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing pleading upon:

Inmate Reginald A. Owens, AIS #227301
Draper Correctional Facility
P.O. Box 1107
Elmore, AL   36025

by placing same in the United States Mail, first class postage prepaid, and properly addressed this 4th day of August, 2005.

_[signature]_
ANDREW W. REDD (RED001)
ASSISTANT GENERAL COUNSEL
ASSISTANT ATTORNEY GENERAL