IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHRN DIVISION

| | |
|---|---|
| REGINALD A. OWENS, 227301 | ) |
| Plaintiff, | ) |
| VS. | ) CIVIL ACTION NO. 2:05-CV-538- F |
| JAMES DELOACH, et al., | ) |
| Defendants. | ) |

AFFIDAVIT

Before me, a Notary Public in and for said County and State of Alabama at large, personally appeared Warden James DeLoach, who being known to me and by me first duly sworn, deposes, and says on oath as follows:

My name is James H. DeLoach. I am currently employed as a Warden III with the Alabama Department of Corrections assigned to Draper Correctional Center, Elmore, Alabama 36025. I am over twenty-one years of age and have personal knowledge of the facts set forth below.

The plaintiff's claim that he has received a disciplinary in retaliation for filing the earlier court action is without merit. In March 2005 the plaintiff received three disciplinaries for being insubordinate, threats and failure to obey a direct order of a ADOC official. The charging official was Paul Sanders, Correctional Officer I. There is no basis to the plaintiff's claim that these charges are related to the October 2004 incident.



DEFENDANT'S EXHIBIT
ONE

The two incidents are separate matters and have no connection.

_____
James H. DeLoach, Warden III

SWORN TO AND SUBSCRIBED before me this ___29th___ day of June 2005.

_____
Notary Public

My Commission Expire __8-1-07__

I, James H. DeLoach, certify that the attached documents are true and correct copies taken from the institutional file of inmate Reginald Owens, B/227301.

James H. DeLoach, Warden III
Draper Correctional Center

SWORN TO AND SUBSCRIBED before me this 7th day of July 2005.

Notary Public

My Commission Expire 8-1-07