IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| REGINALD A. OWENS, 227301 | ) |
| Plaintiff, | ) |
| Vs. | ) CIVIL ACTION NO. 2:05-CV-538-F |
| JAMES DELOACH, et al., | ) |
| Defendants. | ) |

A F F I D A V I T

Before me, a Notary Public in and for said County and State of Alabama at large, personally appeared Sgt. William Miller, who being known to me and by me first duly sworn, deposes, and says on oath as follows:

My name is William C. Miller. I am currently employed as a Correctional Officer II (Sergeant) with the Alabama Department of Corrections assigned to Draper Correctional Center, Elmore, Alabama 36025. I am over twenty-one years of age and have personal knowledge of the facts set forth below.

At the time of the incident, I was assigned to second shift as one of second shift supervisors. One of my duties as a Sergeant on second shift was to conduct disciplinary hearings as the hearing officer. I conducted three (3) disciplinary hearings of inmate Reginald Owens, 227301 on March 24, 2005 between the times of 7:05 PM to 7:50 PM. At no time was I bias towards inmate Owens while conducting those hearings. I'm a professional and I conduct myself in that manner.



DEFENDANT'S EXHIBIT TWO

Inmate Owens alleged that I was involved in retaliation against him due to a lawsuit that he filed against me. I had no knowledge of a lawsuit against me until April 12, 2005 which at that time I signed for the certified mail. The disciplinary hearings were tried on March 24, 2005.

I deny that I have ever violated any well-established constitutional rights of inmate Owens.

                                              William C. Miller, COII

SWORN TO AND SUBSCRIBED before me this 8th day of July 2005

                          Notary Public

                          My Commission Expire 8-1-07