IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

REGINALD A. OWENS, 227301            )

Plaintiff,                           )

Vs.                                  )   CIVIL ACTION NO.2:05-CV-538-F

JAMES DELOACH, et al.,               )

Defendants.

## AFFIDAVIT

Before me, a Notary Public in and for said County and State of Alabama at large, personally appeared Larry Philyaw, who being known to me and by me first duly sworn, deposes, and says on oath as follows:

My name is Larry Philyaw. I am currently employed as a Correctional Officer I with the Alabama Department of Corrections assigned to Draper Correctional Center, Elmore, Alabama 36025. I am over twenty-one years of age and have no personal knowledge of the facts set forth below.

I have no knowledge of any retaliation taken against inmate Owens in the incidents sited in this case. My role was the serving officer of incident DCC 05-55-C, rule violation #57, Insubordination.



DEFENDANT'S EXHIBIT THREE

I deny that I have ever violated any well-established constitutional rights of inmate Owens.

_____
Larry Philyaw, COI

SWORN TO AND SUBSCRIBED before me this _____ day of August 2005.

_____
Notary Public

My Commission Expire 8-1-07

ALDOC Form 225B

**ALABAMA DEPARTMENT OF CORRECTIONS** DCC 05-55-C
**DISCIPLINARY REPORT**

1. Inmate: Reginald Owens    Custody: Medium    AIS: B/227301
2. Facility: Draper Correctional Center
3. The above inmate is being charged by Officer Paul Sanders with violation of rule number 57, specifically Insubordination, from regulation # 403 which occurred on or about March 15, 20 05 at (time) 6:35 PM (am / pm), Location: Between #4 Cell and #6 Cell Hallway

A hearing on this charge will be held after 24 hours from service.

4. Circumstances of the violation(s) are as follows:

On March 15, 2005, at approximately 6:35 pm, Officer Paul Sanders gave you inmate Reginald Owens B/227301, a direct order to go to your (Owens) cell. You inmate Owens did not comply with the order given and stated "Fuck Y'all"

March 20, 2005                P.l Sanders CO I
Date                          Arresting Officer / Signature / Rank

I hereby certify that I have personally served a copy of the foregoing upon the above named inmate and I informed inmate of his/her right to present a written or oral statement at the hearing and to present written questions for the witnesses on this the 20 day of March, 20___, at (time) 7:20 (am / pm)

Larry Pilgram CO I                Refused to Sign  Larry Pilgram
Serving Officer / Signature / Rank    Inmate's Signature / AIS Number

Witness desired?  NO Refused to Sign Larry Pilgram    YES _____
                     Inmate's Signature                  Inmate's Signature

If yes, list: Darryius Tompkins, Walter Johnson

Hearing Date 3/24/05    Time 7:50 pm    Place Seg Hallway

Inmate must be present at Hearing Room. If he/she is not present explain in detail on additional page and attach.

5. A finding is made that inmate (is) ~~not~~ capable of representing himself.

Willie C. Mitt COII
Signature / Hearing Officer

Plea: X Refused to sign  Willie C. Mitt COII  (Not Guilty) _____ Guilty

6. The Arresting Officer, Inmate and all witnesses were sworn to tell the truth.

Willie C. Mitt COII
Signature / Hearing Officer

RECEIVED APR 8 2005 CLASSIFICATION DRAPER

Annex C to AR 403 (Page 1 of 5)

DCC 05-55-C

13. Arresting Officer's Testimony (at the hearing):

On March 15, 2005 at approximately 6:35 PM, Officer Paul Sanders gave you inmate Reginald Owens B/227301, a direct order to go to your (Owens) cell. You inmate Owens did not comply with the order given and stated "Fuck Y'all." I had to escort him to the Shift Office because he wouldn't comply and he was also insubordinate.

14. Inmate's Testimony:

See attached written statement.

Witness: Darryius Tompkings B/235801  x *Darryius Tompkins 235801*    Substance of Testimony:

Refused to testify.

Witness: Walter Johnson B/225459  x *Walter Johnson 225459*    Substance of Testimony:

was taking up laundry bags in Cell #5 downstairs. I saw Officer Sanders push inmate Owens in the Shift Office. When he was going to Segregation they started arguing and he pushed him down the hall.

Witness: N/A    Substance of Testimony:

N/A

. The inmate was allowed to submit written question to all witnesses. Copy of questions and answers are attached.

*Willie C. Millcott*
Signature / Hearing Officer

. The following witnesses were not called  -  Reason not called
1. N/A                                        N/A
2. N/A                                        N/A
3. N/A                                        N/A

17. After hearing all the testimony, the hearing Officer makes the following findings of fact: (Be Specific)
The Hearing Officer finds that:

On 03/15/2005 at approximately 6:35 PM, inmate Reginald Owens did not comply to the directive given by Officer Paul Sanders to report to his assigned Cell #2. Inmate Owens became insubordinate and had to be escorted to the Shift Office. Inmate Owens is guilty as charged.

18. Basis for Finding of Fact:
The Hearing Officer based his findings on the sworn testimony of Officer Sanders who under oath stated that inmate Owens did make the statement "Fuck Y'all," after given a direct order to report to his assigned cell. Also inmate Walter Johnson testified that he heard Officer Sanders and inmate Owens having words and Officer Sanders escorted inmate Owens to the Shift Office.

19. Hearing Officer's Decision:        XXX    Guilty           _____ Not Guilty

20. Recommendation of Hearing Officer:

(45) days Disciplinary Segregation. (45) days loss phone, store and visitation. Refer to classification for possible max custody and transfer to a max institution.

Signature / Hearing Officer

Sgt. William C. Miller
Typed Name and Title

21. Warden's Action - Date  3/29/05
Approved _____
Disapproved _____
Other (Specify) _____

22. Reason if more than 30 calendar days delay in action. _____

I hereby certify that a completed copy of the foregoing Disciplinary Report was served on the above named inmate on this the 29 day of March, 20 05, at (time) 4:35 (am/pm)

Signature / Serving Officer / Title        Reginald Owens 227301
                                          Inmate's Signature and AIS Number

Annex C to AR 403 (Page 3 of 5)

## ALABAMA DEPARTMENT OF CORRECTIONS
### DISCIPLINARY REPORT (OPTIONAL)

Inmate Name / AIS Number  Reginald Owens B/227301                Incident Report No. DCC 05-55-C

Facility:  Draper Correctional Center

Continued Arresting Officer's (AO) Statement and/or Question by Hearing Officer (QBHO) to Arresting Officer:

Q1: Did inmate Owens become insubordinate by making the statement "Fuck Y'all"?
A1: Yes he did.

Continued Inmate Statement and/or Questions by Hearing Officer (QBHO) to Inmate:

Q1: Did you make the statement, "Fuck Y'all," to Officer Sanders?
A1: No.

Continued Witness Testimony (QBHO):

A

Continued Findings of Facts:

A

Continued Basis For Finding Of Fact:

Annex C to AR 403 (Page 4 of 5)

1:CC 05-55-C

Continued Hearing Officer's Recommendations:

N/A
_____
Other:


N/A
_____

## IN THE DRAPER CORRECTIONAL CENTER

INMATE: REGINALD OWENS  )
AIS # 227301, ACCUSED     )
                          )
        VS.               )
                          )  NO. DCC-05-_____
STATE OF ALABAMA          )
DEPARTMENT OF COR.        )
                          )

## OPPOSITION TO DISCIPLINARY REPORT

Comes NOW, Inmate, Reginald Owens, in the styled cause and Respectfully moves the Hearing Officer AND/OR the Approving Authority, After Review, To Find him Not Guilty and/or Disapprove the charges of Rule # 44, #56 & 57, Specifically (Threats, Failure to obey a direct order, an Insubordination)

## STATEMENT/TESTIMONY

Inmate Owens Deny Each and every Allegation set out in the charging officer's Disciplinary Report(s) Rules # 44, 56, and 57 From A.R # 403. Inmate Owens says a finding should be made in section (10) of the Disciplinary Report

that "inmate Owens is not capable of representing himself due to technicality in the charges of Rule 44, 56, and 57 of the A.R. #403.

2. Inmate Owens state ~~has~~ that these disciplinaries is a pretext and manufactured only in retaliation of Litigation pending against officers C/o Philyaw, Sgt. Miller, C/o Sanders, C/o Shuford, and C/o Rudolph in federal Court.

## Question for Charging Officers

Rule #44 Questions      Officer T. Moore, & Officer M. Oliver
           Question for both Officers (1—3)

1. Mr Moore Earlier I talked to Warden Deloach and he informed me that Sgt. Person told him that yourself and Officer Oliver, stated to him while I was in the shower area that you heard me blurt out that, I should have done what my mother said to do and stick one of you?

Oliver—Yes
Moore—I don't know anything about it.

2. Is it true that the word should is the representation of past-tense?

Oliver—I don't k[now]

3. Is it also true that between Mr. Moore, Officer Oliver, and Sgt. Person that this so called threat could have gotten back to Mr. Sanders

Oliver - I don't know.
Moore - I have no knowledge.

Y___ or N___

## Mr. Sanders #4

4. Did you know that the AIR #403 states that a threat is a communicated intent to do bodily harm to another individual or group by verbal or written expression

Y ✓ Yes  or  N___

5. From knowing the Definition of the word Threat would it be safe to say that Mr. Owens never did state his intentions of harming you.

Y___ or N ✓ No

## Questions for Inmate Daryius Tompkins

Inmate Tompkins refused to testify.

6. Did you happen to talk to Owens in the...

[scribbled-out text]

Mr Johnson (Walter Johnson)

Q. Can you tell the hearing officer what you seen the day of 03/15/05 around 6:45 p.m. See statement (testimony)

Q. Did Reginald Owens become violent or say anything violent to officer Sanders   Y ___ I don't know.    or N ___

From Reviewing Sgt. J Persons Detention Notification you'll notice that officer Sanders never mention anything about a threat to Sgt. J Person.

## Conclusion

The charging officers Charges is without proper basis. The charging officers only used these Disciplinaries as Retaliation because Owens has litigation Suit

officer in federal Court.

Done Date Indicated in Section (8) OF ALDOC FORM 225 B

Respectfully
Submitted by,

Reginald Owens