IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

REGINALD A. OWENS, 227301        )

Plaintiff,                        )

Vs.                            )    CIVIL ACTION NO.2:05-CV-538-F

JAMES DELOACH, et al.,          )

Defendants.

## A F F I D A V I T

Before me, a Notary Public in and for said County and State of Alabama at large,

personally appeared Paul Sanders, who being known to me and by me first duly

sworn, deposes, and says on oath as follows:

My name is Paul Sanders. I am currently employed as a Correctional Officer I

with the Alabama Department of Corrections assigned to Draper Correctional Center,

Elmore, Alabama 36025. I am over twenty-one years of age and have personal

knowledge of the facts set forth below.

On March 15, 2005 at approximately 6:35 PM I observed inmate Reginald Owens

on the hallway when there was no movement. I instructed inmate Owens to return to his

cell which was #2 cell. Inmate Owens refused to comply by stating "Fuck yall" and he

should have done what his mother said to do and stick one of you, motherfuckers."

According to Admiministrative Regulation 403 inmate Owens was issued disciplinaries

for violation of rules #56, Failure to obey a direct a direct order of an ADOC official,



DEFENDANT'S
EXHIBIT

FOUR

#57, Insubordination, and #44, Threats.  The disciplinaries were held and inmate Owens was found guilty on all three charges.

I have no knowledge of any retaliation taken against inmate Owens in the incidents sited in this case.

I deny that I have violated any well-established constitutional rights of inmate Owens.

Paul Sanders, COI

SWORN TO AND SUBSCRIBED before me this _____ day of August 2005.

Notary Public

My Commission Expires _____