IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| REGINALD A. OWENS, #227301, ) | |
| ) | |
|    Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:05cv538-F |
| ) | (WO) |
| JAMES DELOACH, et al., ) | |
| ) | |
|    Defendants. ) | |

## **O R D E R**

There being no objections filed to the Recommendation of the Magistrate Judge filed herein on September 23, 2005, said Recommendation is adopted, and it is the

ORDER, JUDGMENT and DECREE of the court that this case is DISMISSED without prejudice.

Done this 18th day of October, 2005.

                                            /s/ Mark E. Fuller
                                  CHIEF UNITED STATES DISTRICT JUDGE