IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

REGINALD A. OWENS, #227301,    )
    )
    Plaintiff,    )
    )
v.    )    CIVIL ACTION NO. 2:05cv538-F
    )    (WO)
JAMES DELOACH, et al.,    )
    )
    Defendants.    )

## FINAL JUDGMENT

In accordance with the prior proceedings, opinions and orders of the court, it is

ORDERED and ADJUDGED that judgment is entered in favor of the defendants and against

the plaintiff, that this action is dismissed, and that the defendants recover the costs of this

action.

Done this 18th day of October, 2005.


_____ /s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE