```
DUPLICATE

Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602000281
Cashier ID: cstrecke
Transaction Date: 09/04/2007
Payer Name: DONALDSON CORRECTIONAL FACILI
------------------------------------
PLRA CIVIL FILING FEE
 For: REGINALD OWENS
 Case/Party: D-ALM-2-05-CV-000538-001
 Amount:         $12.00
------------------------------------
CHECK
 Remitter: WM DONALDSON CORRECTIONAL FAC
 Check/Money Order Num: 14920
 Amt Tendered: $12.00
------------------------------------
Total Due:       $12.00
Total Tendered:  $12.00
Change Amt:      $0.00
```

DALM 2:05CV000538-001

REGINALD OWENS