```
CORRECTED

Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602000590
Cashier ID: khaynes
Transaction Date: 10/01/2007
Payer Name:  DONALDSON CORRECTIONAL FACILI
--------------------------------
PLRA CIVIL FILING FEE
 For: REGINALD OWENS
 Case/Party: D-ALM-2-05-CV-000538-001
 Amount:         $20.00
--------------------------------
CHECK
 Check/Money Order Num: 14952
 Amt Tendered:  $20.00
--------------------------------
Total Due:      $20.00
Total Tendered: $20.00
Change Amt:     $0.00
```