```
DUPLICATE

Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602001026
Cashier ID: brobinso
Transaction Date: 11/01/2007
Payer Name: DONALDSON CORRECTIONAL FACILI
-----------------------------------
PLRA CIVIL FILING FEE
 For: REGINALD OWENS
 Case/Party: D-ALM-2-05-CV-000538-001
 Amount:         $12.00
-----------------------------------
CHECK
 Check/Money Order Num: 14985
 Amt Tendered: $12.00
-----------------------------------
Total Due:      $12.00
Total Tendered: $12.00
Change Amt:     $0.00
```