```
Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602001353
Cashier ID: cstrecke
Transaction Date: 12/03/2007
Payer Name:  DONALDSON CORRECTIONAL FACILI
------------------------------------
PLRA CIVIL FILING FEE
 For: REGINALD OWENS
 Case/Party: D-ALM-2-05-5V-000538-001
 Amount:         $10.00
------------------------------------
CHECK
 Remitter: WM DONALDSON CORR FAC
 Check/Money Order Num: 158017
 Amt Tendered:  $10.00
------------------------------------
Total Due:      $10.00
Total Tendered: $10.00
Change Amt:     $0.00
```

DALM205CV000538-MEF

DONALDSON CORR FAC

FOR REGINALD OWNES

100 WARRIOR LANE

BESSEMER, AL  35023