```
DUPLICATE

Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602003738
Cashier ID: khaynes
Transaction Date: 02/05/2008
Payer Name:  DONALDSON CORRECTIONAL FACILI
----------------------------------------
PLRA CIVIL FILING FEE
 For: REGINALD A OWENS
 Case/Party: D-ALM-2-05-CV-000538-001
 Amount:         $4.45
----------------------------------------
CHECK
 Check/Money Order Num: 15114
 Amt Tendered:  $4.45
----------------------------------------
Total Due:      $4.45
Total Tendered: $4.45
Change Amt:     $0.00
```