```
DUPLICATE

Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602004361
Cashier ID: khaynes
Transaction Date: 03/18/2008
Payer Name: KILBY CORRECTIONAL FACILITY
----------------------------------------
PLRA CIVIL FILING FEE
 For: REGINALD A OWENS
 Case/Party: D-ALM-2-05-CV-000538-001
 Amount:         $20.00
----------------------------------------
CHECK
 Check/Money Order Num: 8586
 Amt Tendered:   $20.00
----------------------------------------
Total Due:       $20.00
Total Tendered:  $20.00
Change Amt:      $0.00
```