```
DUPLICATE

Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602005698
Cashier ID: brobinso
Transaction Date: 07/03/2008
Payer Name: KILBY CORRECTIONAL FACILITY
------------------------------------
PLRA CIVIL FILING FEE
 For: REGINALD OWENS
 Case/Party: D-ALM-2-05-CV-000538-001
 Amount:        $12.00
------------------------------------
CHECK
 Check/Money Order Num: 9480
 Amt Tendered:  $12.00
------------------------------------
Total Due:      $12.00
Total Tendered: $12.00
Change Amt:     $0.00
```